FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00660-CR

Martin **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 650198
Honorable Michael De Leon, Judge Presiding

# O R D E R

On October 11, 2022, appellant's counsel Ms. Nicolette A. Saenz filed a letter/motion stating "[p]ursuant to Texas Rules [sic] of Appellate Procedure 42.2(a), appellant requests that this Court dismiss this appeal upon this motion." Rule 42.2(a) requires that a motion to dismiss a criminal appeal be signed by **both** the appellant and counsel. Furthermore, the motion does not contain a certificate of service.

Because appellant did not sign the motion, it is DENIED. Ms. Saenz is ORDERED to file a motion to dismiss that complies with Rule 42.2(a) and contains the appropriate certificate of service **no later than October 27, 2022.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court